# EXHIBIT C



EB-5新规政策解读 &
    天宁温德姆海景酒店

天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

美国投资移民EB-5

**2022年3月15日，拜登总统签署2022财年联邦预算案（Omnibus），这意味着时隔9个月，美国投资移民EB-5区域中心计划再度重启！**

敲黑板划重点，本次美国投资移民EB-5法案核心内容：

一、法案授权时间：5年，有效期直至2027年9月30日。



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

重磅！

EB-5 新规落地

"(E) REGIONAL CENTER PROGRAM.—

"(i) IN GENERAL.—Visas under this subparagraph shall be made available through September 30, 2027, to qualified immigrants (and the eligible spouses and children of such immigrants) pooling their

二、投资金额：目标就业区TEA项目投资**80万美元**（旧法**90万美元**）；非TEA项目投资**105万美元**（旧法案**180万美元**）。



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

**EB-5 新规落地**

(3) in subparagraph (C)—

    (A) in clause (i), by striking "$1,000,000" and all that follows through "previous sentence" and inserting "$1,050,000";

    (B) by amending clause (ii) to read as follows:

        "(ii) ADJUSTMENT FOR TARGETED EMPLOYMENT AREAS AND INFRASTRUCTURE PROJECTS.—The amount of capital required under subparagraph (A) for an investment in a targeted employment area or in an infrastructure project shall be $800,000.";



三、专属绿卡配额预留：**乡村项目20%（2000张）**，城市高失业地区

10%（1000张），基础建设项目2%（200张），剩下的68%则先到先得。



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

**EB-5 新规落地**

**疑问：是否新老投资人都适用预留配额？**

"(i) RESERVED VISAS.—

"(I) IN GENERAL.—Of the visas made available under this paragraph in each fiscal year—

"(aa) 20 percent shall be reserved for qualified immigrants who invest in a rural area;

"(bb) 10 percent shall be reserved for qualified immigrants who invest in an area designated by the Secretary of Homeland

Security under clause (ii) as a high unemployment area; and

"(cc) 2 percent shall be reserved for qualified immigrants who invest in infrastructure projects.





**四、乡村项目优先处理**：乡村地区项目案子将会被移民局特别照顾，优先审理。

**乡村地区定义**：非大城市，城镇人口低于2万人的地区。



"(I)  shall  prioritize  the  proc-
essing  and  adjudication  of  petitions
for  rural  areas;

"(vii) RURAL AREA.—The term 'rural
area' means any area other than an area
within a metropolitan statistical area (as
designated by the Director of the Office of
Management and Budget) or within the
outer boundary of any city or town having
a population of 20,000 or more (based on
the most recent decennial census of the
United States).



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

**五、祖父条款：**2026年9月30日前上车的申请人，不会再收到以后法案变政的影响，保护已经上车的投资人，确立未来法案不具有溯及力，**老人老办法，新人新办法。**

"(S) PROTECTION FROM EXPIRED LEGIS-LATION.—Notwithstanding the expiration of legislation authorizing the regional center program under subparagraph (E), the Secretary of Homeland Security—

"(i) shall continue processing petitions under sections 204(a)(1)(H) and 216A based on an investment in a new commercial enterprise associated with a regional center that were filed on or before September 30, 2026;





**六、区域中心诚信条款：**在投资者递交I-526移民申请前，区域中心必须提交I-924/I-526样本。

**解读：**EB-5项目受到更严格监管，将会更加安全。



"(ii) NEW REGIONAL CENTER OR IN-VESTMENT.—The petition under section 204(a)(1)(H) of an alien described in clause (i) and the conditional permanent resident status of an alien described in clause (i) shall be terminated 180 days after notification of the termination from the program under this paragraph of a re-gional center, a new commercial enterprise, or a job creating entity (but not sooner than 180 days after the date of the enact-ment of the EB–5 Reform and Integrity Act of 2022) unless—

**七、区域中心诚信基金：** 每家区域中心每年将要缴纳2万美元或1万美元的诚信基金，移民局定期实地考察区域中心项目。

**解读：** EB-5项目受到更严格监管，将会更加安全。





"(I) ANNUAL FEE.—On October 1, 2022, and each October 1 thereafter, the Secretary of Homeland Security shall collect for the Fund an annual fee—

"(aa) except as provided in item (bb), of $20,000 from each regional center designated under subparagraph (E); and

"(bb) of $10,000 from each such regional center with 20 or fewer total investors in the preceding fiscal year in its new commercial enterprises.

**八、目标就业区认定**：目标就业区TEA仅能由国土安全部USCIS美国移民局来界定，州和地方政府不能再认定TEA。TEA有效期为2年，到期再评定。

**解读**：意味着将会有大量城市区域中心不再符合TEA资格，禁止滥用TEA。

> "(viii)  TARGETED  EMPLOYMENT
> AREA.—The  term 'targeted  employment
> area' means, at  the  time of  investment, a
> rural area  or an  area  designated  by  the
> Secretary  of  Homeland  Security  under
> subparagraph  (B)(ii) as  a  high  unemploy-
> ment area.".

EB-5 新规落地

天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort





九、**再投资认定**：再投资只能投到商业实体项目上（房地产、酒店、基建设施），不允许投资基金、股票、债券等金融资产。

''(dd) the capital, after re-payment by the job creating enti-ty, remains at risk and it is not redeployed in passive invest-ments, such as stocks or bonds.





天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

**十、区域中心项目的就业创造：**间接就业最多只能占90%，建筑就业不能超过75%。

"(iv) INDIRECT JOB CREATION.—

"(I) IN GENERAL.—The Secretary of Homeland Security shall permit aliens seeking admission under this subparagraph to satisfy only up to 90 percent of the requirement under subparagraph (A)(ii) with jobs that are estimated to be created indirectly through investment under this paragraph in accordance with this subparagraph. An employee of the new commercial enterprise or job-cre-

"(II) CONSTRUCTION ACTIVITY LASTING LESS THAN 2 YEARS.—If the jobs estimated to be created are created by construction activity lasting less than 2 years, the Secretary shall permit aliens seeking admission under this subparagraph to satisfy only up to 75 percent of the requirement under subparagraph (A)(ii) with jobs that are estimated to be created indirectly through investment under this paragraph in accordance with this subparagraph.



EB-5 新规落地



**十一、I-526和I-485可同时提交：**如果对I-526申请的批准将使EB-5投资者立即获得签证（即，签证公告显示可用），那么他们可以在I-526申请的同时或之后提交I-485身份调整申请。

24　　　　(d) Concurrent Filing of EB–5 Petitions and

25　　Applications for Adjustment of Status.—Section



# 美国投资移民EB-5

天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

■ **申请条件：**

1、TEA投资80万美元，非TEA投资105万美元
2、直接或间接创造10个就业岗位
3、身体健康，无犯罪记录
4、随同家属：配偶和21岁以下未婚子女









# EB-5

**申请流程**

1、进行投资，并准备移民申请材料

2、美国移民局进行审批I-526申请

3、等待排期

4、广领馆进行面试，登陆获得有条件绿卡

5、两年后申请永久绿卡I-829

6、投资满5年，并且获得永久卡收回投资

# EB-5申请流程



EB-5

■ **EB-5美国投资移民优势：**

1、申请成功率高

2、投资期届满并获得永久绿卡，投资款返还

3、申请条件宽松：无语言、学历、工作经验等要求

4、无需参与项目经营和管理

5、没有严格的居住要求

6、一人申请、全家受益

**美国投资移民EB-5**



移民申请加急 & 快速拿绿卡
天宁温德姆海景酒店



# 项目鸟瞰图

## Aerial View of the Project

坐拥美国黄金码头
世 界 旅 游 新 地 标





# 项目位置
## Project Location



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort











1. 喷洞 Blow Hole / 2. 卡丘纳海滩 Tachogna Beach / 3. 塔加屋 House of Taga /
4. 原子弹装弹点 Atomic Bomb Pit / 5. 鸟岛 Bird Island

■ 天宁岛，归属于美国北马里亚纳自由联邦，位于有"西太平洋明珠"美誉的**塞班岛**的南面6公里处，是北马里亚纳群岛的第二大岛，年平均温度在摄氏29度左右，是**旅游度假的天堂。**

■ 这里是近几年开发的世界著名的旅游休闲胜地，也是**移民安家和投资**的新热点。



■ 塞班.天宁岛是距离中国最近的美国领土，到中国以下主要城市的飞行时间：
北京：5小时 ／上海：4小时 ／广州：4小时

TINIAN



# 港口商业中心设计方案

## Design Plan of Port Commercial Center


天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

■ 预计2020年底港口商业中心开放，届时码头、摆渡船也将一同开放运营。



# 项目进度-港口商业中心
## Project Progress



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort









# 项目进度-酒店
## Project Progress - Tinian Diamond Hotel



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort







# 摆渡船-金沙号
## Ferry



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort



# 国际顶级团队强强联合
**Work together with World-class Team**



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort




















# 项目优势●快速获批
## Project Advantages



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort



■ 天宁温德姆海景酒店项目包括美国塞班至天宁唯一的摆渡船，推动了当地基础设施和医疗救护建设，维护了岛民及游客的人身安全，符合了多条加急标准，所以**得到了美国移民局加急批准。**

■ 2015年1月29日，项目加急审理获美国移民局正式批准，**全球罕见**；

■ **最快客户仅9天获得美国投资移民申请审批，平均1.5-2年获批。**（移民局公布I-526审案进度：5-6年）



美国移民局官网所列
的"加急标准"



加急批准信（原件）



加急批准信（中文翻译）



# 项目优势●身份安全
## Project Advantages



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

**已有100多位客户成功获批**
**I-526移民申请，目前100%获批，零拒签**

凭借美国移民局官方加急批准全球罕见的强大优势，
已帮助多批客户快速获得I-526移民申请批准，最快仅9天。



客户z先生仅9天获批I-526
移民申请



次月，z先生获美国国家签
证中心(NVC)缴费通知



三个月后，z先生获DS260表
(移民签证申请表)

# 项目优势●资金安全
## Project Profit Anticipation



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

■ 根据美国著名娱乐咨询公司Spectrum发布的项目可行性报告，天宁海景度假村及其娱乐城业务**5年累积利润将超过2.23亿美元**。



天宁海景酒店预计损益表摘要（单位：美元）

| | 第一年 | 第二年 | 第三年 | 第四年 | 第五年 |
|---|---|---|---|---|---|
| 酒店入住率 | - | - | 51% | 80% | 78% |
| 酒店每晚平均房价 | - | - | $102 | $164 | $178 |
| 酒店客房总数 | - | - | 107 | 150 | 300 |
| 餐饮及其他 | - | - | $1,189,047 | $2,415,461 | $2,818,608 |
| **收入** | | | | | |
| 游戏机收入合计 | $71,056,375 | $2,685,840 | $4,271,008 | $5,251,282 | $5,687.136 |
| 游戏总收益 | $16,721,916 | $42,935,766 | $87,066,184 | $148,761,782 | $183,109,627 |
| 体育及网上娱乐 | $580,000 | $2,359,083 | $3,061,407 | $3,694,082 | $4,437,903 |
| 旅游收入 | $141,217 | $257,289 | $4,726,576 | $8,150,068 | $15,399,175 |
| **总收入** | **$18,499,508** | **$48,237,978** | **$99,125,175** | **$165,857,214** | **$208,633,841** |
| 主营业务成本 | $8,383,552.49 | $22,215,501.307 | $44,403,941.21 | $75,581,475.878 | $92,073,428.202 |
| 利润合计 | $10,115,955.51 | $26,022,476.693 | $54,721,233.79 | $90,275,738.122 | $116,560,412.798 |
| 娱乐城管理费 | $639,494.772 | $1,170,607.521 | $2,139,786.314 | $3,425,026.8 | $4,186,449.498 |
| 人工费用 | $3,284,503.719 | $4,345,664.294 | $9,311,983.258 | $11,653,051.525 | $14,030,882.724 |
| 其他运营费用 | $1,560,608.464 | $1,848,674.569 | $3,687,591.958 | $5,310,280.023 | $7,338,950.401 |
| 未计利息、税项、折旧及摊销前的利润 | $4,631,348.569 | $18,657,530.772 | $39,581,872.694 | $69,887,379.467 | $91,004,129.472 |
| 息税折旧摊销前利润率 | 25% | 39% | 40% | 42% | 44% |

# 项目优势●就业保障
**Job Creation Security**



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

■ 项目共招募285个名额，按照美国移民法规定，此项目需提供2850个就业岗位。根据由移民局认可的项目经济发展报告，该项目共产生就业岗位**4631个**，**仅建筑设计和工程带来的所有相关就业可达到3224个**，即**完全满足**移民局的就业人数要求。

■项目经济发展报告由**著名计量经济学家**，任教于美国西北大学、宾夕法尼亚大学沃顿商学院的**Michael.k.Evans博士**撰写。Michael博士为200余个EB-5项目做过经济发展报告。

# JOB

Economic Impact of Developing and Operating the Tinian
Ocean Resort , as Part of an EB-5 Regional Center in
Commonwealth of the Northern Mariana Islands (CNMI)

Prepared for:

Bridge Investment Group, LLC

Prepared by:

Michael K. Evans

Evans, Carroll & Associates, Inc.
2785 NW 26th St.
Boca Raton, FL 33434
561-470-9035
mevans@evanscarrollecon.com

July 8, 2014

## Table 1. Summary of Expenditure and Employment Effects for The Tinian Ocean Hotel and Resort

| Activity | Expenditures (mm cur $) | Expenditures (mm 2009 $) | Final Demand Multiplier | Total Jobs | Direct Jobs |
|---|---|---|---|---|---|
| Construction | 127.730 | 117.143 | 24.018 | 2,813.5 | 1,863.3 |
| Architects and Engineers | 11.260 | 10.360 | 39.690 | 411.2 | 163.8 |
| Purchases of FF&E * | 10.330 | 9.508 | 18.470 | 175.6 | 0.0 |

| Activity | Direct Jobs | Employment Multiplier | Total Jobs | Direct Jobs |
|---|---|---|---|---|
| Hotel Operations | 183 | 1.39 | 254.4 | 183.0 |
| Food and Beverage Operations | 220 | 1.56 | 343.2 | 220.0 |
| Casino Operations | 456 | 1.39 | 633.8 | 456.0 |
| Total Jobs | | | 4,631.7 | 2,886.1 |

All figures calculated from unrounded numbers
* Indirect and induced jobs only

# 项目优势●监管严格
**Project Supervision**



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort



USCIS    SEC    CPA    FINCEN

■ 和其他投资移民项目相比，天宁温德姆海景酒店项目受到了**更多监管**。
美国移民局、证监会、联邦港口港务局（CPA）、美国金融犯罪执法网络（FINCEN）**四方机构**，对项目监管。越是监管严格的项目，对投资人**越有保障**。



# 项目资质
## Project Qualifications



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

BIG企业注册证书　　　　旅游营业执照　　　　建筑营业执照　　　　酒店营业执照



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

■ 天宁温德姆海景酒店项目中国首次发布会在北京隆重举行，美国北马里亚纳州州长、众议院议长、国会议员、联邦天宁港务局副主席等美国重磅级官员特邀出席





■项目方BIG董事长Jacky和温德姆酒店集团东南亚及环太平洋地区开发与收购副总裁David Wray在北京龙城温德姆酒店参加了"天宁温德姆海景酒店项目酒店管理签约仪式"



参议院主席支持信



众议院议长支持信



众议院议长支持信



国会议员支持信

国会议员支持信



市长支持信



当地医院支持信
（项目有助于人道主义救援）

■ 本项目得到了**美国参议院、众议院以及当地政府的支持**。

# 政府支持
## Government Support



■ 天宁温德姆海景酒店工人们的合影和签字，标语上写着"EB-5 creates rural American jobs",Phillip先生将照片作为礼物，送给了每个国会办公室

# 项目方/管理团队
## Developer/ Management Team



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort



Jacky Meng

**BIG**集团董事长
北马里亚纳区域中心常务董事



Erik Wang

**BIG**集团常务董事
前白宫顾问
美国前总统乔治布什高级私人亚洲顾问
亚洲Fusion酒店发展集团合伙创始人



Phillip Mendiola Long

**BIG**集团高级顾问
美国天宁市议员
美国天宁商会前主席
美国天宁前副市长
美国商务部太平洋地区出口贸易委员会委员



Rudy Pamintuan

**BIG**集团董事
谢尔曼国际市场与通信公司常务董事



Silvia Siu

**BIG**集团常务董事
加宝国际集团创始人

# TEAM

■　**美国路桥投资集团**（简称BIG），2005年由美国前白宫顾问发起设立，一直致力于美国房地产投资开发、酒店经营与旅游开发、企业并购与投融资、投资移民项目开发等业务，经过多年的发展，已经成为在亚太地区**深具影响力的投资集团。**管理团队具有**权威的政府关系**以及丰富的**商业运营经验**，确保项目的开发、建设和运营能够顺利进行。



## 2017年美国特朗普总统就职典礼

美国时间2017年1月20日，美国总统特朗普在华盛顿国会山正式宣誓就职，成为美国第45任总统。BIG董事长Jacky、常务董事Silvia、董事Rudy、高级顾问Phillip荣誉受邀前往华盛顿出席美国新总统就职典礼，与CNMI州长Ralph Torres等国际政商要人共同见证特朗普总统入主白宫的历史性时刻！



**2015年APEC会议美国代表团部分代表合影**
2015年APEC峰会，美国代表团派出25名成员参加本次会议，代表团由美国商务部副部长布鲁斯·安德鲁斯领队，代表们来自白宫亚太裔顾问委员会、美国的企业、贸易组织和其他联邦政府官员。BIG集团高级顾问Phillip先生（上图右3）非常荣幸受白宫邀请，作为美国代表团成员之一出席此次峰会。



Phillip先生（左）和参议院财政委员
会主席Chuck Grassley（右）



Phillip先生（左）和北马里亚纳国会议员
Greg Sablan先生（右）



美国众议院乡村党主席、明
尼苏达州国会议员
Honorable Tim Walz
先生（右）



美国纽约国会议员
Honorable Hakeem
Jeffries先生（右）



美国德克萨斯州国会议员
约翰·拉特克利夫(右)







美国内华达州国会议员
Mark Amodei
（右）

南卡罗来纳州国会议员
Anna Raymond
Bartlett(左)

美国科罗拉多州的议员
Jared Polis（左）

# BIG在美国国会
## Big In the American Congress

■ 2015年至今, BIG集团高级顾问 Phillip先生多次亲赴美国华盛顿拜访了众多国会官员，力促EB-5项目新进展。

# 项目优势总结：



天宁温德姆海景酒店
Tinian Wyndham Ocean View Resort

1、天宁岛当地城镇人口只有2000多人，满足乡村地区人口低于2万人的要求，确保符合TEA低额投资80万美元的要求。

2、标准的TEA乡村项目，获得每年2000个移民专属配额，有望免排期2-3年获得绿卡，前提先到先得，先上车先受益。

3、区域中心在2013年获批，满足新法区域中心预审批后，才能招募投资人的合规要求。

4、项目已经有近100位投资人获批I-526申请，无一例拒签，确保移民成功率。

5、符合新法乡村地区，优先审理要求，并且，获得移民局颁发"加速审理"许可证书，I-526申请加速审理，进入绿色快速审理通道，快速获知审理结果。

6、项目正在建设过程中，部分功能区域已开业运营，实实在在，看得见摸的着。目前，所创造的就业，已经满足投资人解除条件绿卡的要求。

7、世界著名国际旅游岛，距离中国最近的美国领土，也是美国唯一对中国公民实行免签入境的领土，疫情后，旅游前景未来可期。

**移民局"加急"审批 & 绿卡专属配额，双重利好。**

